PRIMUS, Appellant, vs. WATERBURY, Respondent.

APPEAL from a judgment of the circuit court for Juneau county dated November 19, 1927: E. W. CROSBY, Judge.

Personal injuries.  Verdict and judgment for defendant, from which plaintiff appeals.

For the appellant: *Grady, Farnsworth & Walker* of Portage.

For the respondent: *H. J. Mortensen* of New Lisbon.

*By the Court.*—Judgment affirmed.


ABRAM, Respondent, vs. KEIERLEBER, Appellant.

APPEAL, from a judgment of the circuit court for Milwaukee county dated July 28, 1927: E. T. FAIRCHILD, Judge.

Building contract.  Judgment for plaintiff owner, from which defendant appeals.

For the appellant: *Oscar Kroesing* of Milwaukee.

For the respondent: *Carl H. Juergens* of Milwaukee.

*By the Court.*—Judgment affirmed.